UNITED STATES DISCTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 2:10-CV-01069 JAM KJN |
| Plaintiff, | **ORDER GRANTING LEAVE TO FILE AMENDED ANSWER** |
| v. | |
| RENE LAYAG CANLAS, individually and dba SUISUN SEAFOOD CENTER, | |
| Defendants. | |

IT IS HEREBY ORDERED that Defendant RENE LAYAG CANLAS, individually and dba SUISUN SEAFOOD CENTER may file an Amended Answer, attached as Exhibit A to the Stipulation Granting Leave to File Amended Answer.

IT IS FURTHER ORDERED that Plaintiff J & J SPORTS PRODUCTIONS, INC.'s Motion to Strike Defendant's Affirmative Defenses, set for October 20, 2010, be taken off calendar.

Dated: September 30, 2010           /s/ John A. Mendez
                                    U.S. DISTRICT COURT JUDGE