1  Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  First Library Square
1114 Fremont Avenue
3  South Pasadena, CA 91030-3227
Tel:  626-799-9797
4  Fax:  626-799-9795
TPRLAW@att.net
5  **Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**
6

Bruce C. Piontkowski, SBN 152202
7  **TINGLEY PIONTKOWSKI LLP**
10 Almaden Boulevard, Suite 430
8  San Jose, California 95113
Tel: 408-283-7000
9  Fax: 408-283-7010
jmcmahon@tingleyllp.com
10 bpiontkowski@tingleyllp.com
**Attorneys for Defendant**
11 **Rene Layag Canlas**

12                    **UNITED STATES DISTRICT COURT**

13                    **EASTERN DISTRICT OF CALIFORNIA**

14                         **SACRAMENTO DIVISION**

15 **J & J SPORTS PRODUCTIONS, INC.,**          **CASE NO. 2:10-cv-01069-JAM-KJN**

16                    **Plaintiff,**          **STIPULATION POSTPONING**
                                              **PRETRIAL CONFERENCE; and**
17          **v.**                            **ORDER**

18 **RENE LAYAG CANLAS, et al.**

19                    **Defendant.**

20

21          Counsel for Plaintiff J & J Sports Productions, Inc., and Defendant Rene Layag Canlas, hereby

22 stipulate and respectfully request that this Honorable Court postpone the Pretrial Conference from July 8,

23 2011, to July 22, 2011.

24          The parties mutually request a continuation of the Pretrial Conference so that a recent settlement

25 proposal may be tendered to the insurance carrier for approval.

26 ///

27 ///

28 ///

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 28, 2011          */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: June 28, 2011          */s/ Jonathan A. McMahon*
**TINGLEY PIONTKOWSKI LLP**
By: Jonathan A. McMahon
Attorneys for Defendant
Rene Layag Canlas

///
///
///
///
///
///
///
///
///
///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

**IT IS HEREBY ORDERED** that the Pretrial Conference in civil action number 2:10-cv-01069-JAM-KJN styled *J & J Sports Productions, Inc. v. Rene Layag Canlas, et al.*, is hereby continued to July 22, 2011 at 10:00 a.m.

**IT IS SO ORDERED**:

DATED:  June 29, 2011

/s/ John A. Mendez
**The Honorable John A. Mendez**
**United States District Court**
**Eastern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

## PROOF OF SERVICE (SERVICE BY E-MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 28, 2011, I served:

**STIPULATION POSTPONING PRETRIAL CONFERENCE; and ORDER (Proposed)**

On all parties in said cause by electronic mailing same to the Defendants' counsel at the following email address(es):

Mr. Bruce C. Piontkowski, Esquire          Attorneys for Defendants
**TINGLEY PIONTKOWSKI, LLP**               Rene Layag Canlas
10 Almaden Blvd., Ste. 430
San Jose, CA 95113
e-mail: bpiontkowski@tingleyllp.com
e-mail: jmcmahon@tingleyllp.com

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 28, 2011, at South Pasadena, California.

Dated: June 28, 2011                    _/s/ Maria Baird_____
                                        **MARIA BAIRD**

PDF created with pdfFactory trial version www.pdffactory.com