Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Rene Layag Canlas, et al.,<br><br>Defendant. | CASE NO. CV 10-1069 JAM KJN<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER that the above-entitled action is hereby dismissed **without prejudice** against and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 15, 2011, the dismissal shall be deemed to be **with prejudice**.

STIPULATION OF DISMISSAL
CV 10-1069 JAM KJN
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above and below shall bear its own attorneys' fees and costs.

Dated: August 5, 2011         *s/ Thomas P. Riley*
                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                              By:  Thomas P. Riley
                              Attorneys for Plaintiff
                              J & J SPORTS PRODUCTIONS, INC.

Dated: August 5, 2011         *s/ Bruce Piointkowski*
                              **TINGLEY PIONTKOWSKI, LLP**
                              By:  Bruce Piontkowski
                              Attorneys for Defendant
                              RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER

**IT IS SO ORDERED**:

DATED:  8/9/2011

/s/ John A. Mendez_____
**The Honorable John A. Mendez**
**United States District Court**
**Eastern District of California**

STIPULATION OF DISMISSAL
CV 10-1069 JAM KJN
PAGE 2

PDF created with pdfFactory trial version www.pdffactory.com