Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **CASE NO. CV 10-1069 JAM KJN** |
| **Plaintiff,** | **FIRST AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER** |
| **vs.** | |
| **Rene Layag Canlas, et al.,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER that the above-entitled action is hereby dismissed **without prejudice** against and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by October 20, 2011, the dismissal shall be deemed to be **with prejudice**.

STIPULATION OF DISMISSAL
CV 10-1069 JAM KJN
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above and below shall bear its own attorneys' fees and costs.

Dated: September 7, 2011        *s/ Thomas P. Riley*
                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                By:  Thomas P. Riley
                                Attorneys for Plaintiff
                                J & J SPORTS PRODUCTIONS, INC.

Dated: September 7, 2011        *s/ Bruce Piontkowski*
                                **TINGLEY PIONTKOWSKI, LLP**
                                By:  Bruce Piontkowski
                                Attorneys for Defendant
                                RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER

**IT IS SO ORDERED**:

DATED:  9/15/2011

                                /s/ John A. Mendez
                                **The Honorable John A. Mendez**
                                **United States District Court**
                                **Eastern District of California**

**STIPULATION OF DISMISSAL**
**CV 10-1069 JAM KJN**
**PAGE 2**