Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. CV 10-1069 JAM KJN |
|---|---|
| Plaintiff, | FIRST AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER |
| vs. | |
| Rene Layag Canlas, et al., | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER that the above-entitled action is hereby dismissed **without prejudice** against and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 20, 2011, the dismissal shall be deemed to be **with prejudice**.

STIPULATION OF DISMISSAL
CV 10-1069 JAM KJN
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above and below shall bear its own attorneys' fees and costs.

Dated: September 7, 2011　　　*s/ Thomas P. Riley*　　　　　　　　　　　　　
　　　　　　　　　　　　　　　**LAW OFFICES OF THOMAS P. RILEY, P.C.**
　　　　　　　　　　　　　　　By:  Thomas P. Riley
　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　J & J SPORTS PRODUCTIONS, INC.

Dated: September 7, 2011　　　*s/ Bruce Piontkowski*　　　　　　　　　　　　
　　　　　　　　　　　　　　　**TINGLEY PIONTKOWSKI, LLP**
　　　　　　　　　　　　　　　By:  Bruce Piontkowski
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER

**IT IS SO ORDERED**:

DATED: 9/15/2011

　　　　　　　　　　　　　　　/s/ John A. Mendez　　　　　　　
　　　　　　　　　　　　　　　**The Honorable John A. Mendez**
　　　　　　　　　　　　　　　**United States District Court**
　　　　　　　　　　　　　　　**Eastern District of California**

**STIPULATION OF DISMISSAL**
**CV 10-1069 JAM KJN**
**PAGE 2**

PDF created with pdfFactory trial version www.pdffactory.com