Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. CV 10-1069 JAM KJN |
|---|---|
| Plaintiff, | SECOND AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER; ORDER |
| vs. | |
| Rene Layag Canlas, et al., | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER that the above-entitled action is hereby dismissed **without prejudice** against and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by November 30, 2011, the dismissal shall be deemed to be **with prejudice**.

PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above and below shall bear its own attorneys' fees and costs.

Dated: October 10, 2011            *s/ Thomas P. Riley*
                                   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                   By:  Thomas P. Riley
                                   Attorneys for Plaintiff
                                   J & J SPORTS PRODUCTIONS, INC.


Dated:       October 10, 2011          *s/ Bruce Piontkowski*
                                   **TINGLEY PIONTKOWSKI, LLP**
                                   By:  Bruce Piontkowski
                                   Attorneys for Defendant
                                   RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER


**IT IS SO ORDERED**:

Dated:  October 13, 2011.

                                    /s/ John A. Mendez
                                   **The Honorable John A. Mendez**
                                   **United States District Court**
                                   **Eastern District of California**

PAGE 2