Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Rene Layag Canlas, et al.,<br><br>Defendant. | CASE NO. CV 10-1069 JAM KJN<br><br>SECOND AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER; ORDER |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER that the above-entitled action is hereby dismissed **without prejudice** against and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by November 30, 2011, the dismissal shall be deemed to be **with prejudice**.

PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above and below shall bear its own attorneys' fees and costs.

Dated: October 10, 2011    *s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:       October 10, 2011        *s/ Bruce Piontkowski*
**TINGLEY PIONTKOWSKI, LLP**
By:  Bruce Piontkowski
Attorneys for Defendant
RENE LAYAG CANLAS, individually and d/b/a SUISUN SEAFOOD CENTER

**IT IS SO ORDERED**:

Dated:  October 13, 2011.

 /s/ John A. Mendez
**The Honorable John A. Mendez**
**United States District Court**
**Eastern District of California**

PAGE 2